UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., TWENTIETH
CENTURY FOX FILM CORPORATION, and
WARNER BROS. ENTERTAINMENT INC.,

        Plaintiffs,

CASE NO. 8:04-cv-2698-T-24MAP

v.

ALBERTO FERNANDEZ and DOES 2-10,

        Defendants.
_____/

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This cause comes before the Court for consideration of Plaintiffs' Motion for Entry of Default Judgment (Doc. No. 25). Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion for Entry of Default Judgment (Doc. No. 25) is **GRANTED**. The Clerk is directed to enter default judgment against Defendant as follows: Defendant Alberto Fernandez shall pay statutory damages pursuant to 17 U.S.C. § 504(c) to Plaintiffs for infringement of Plaintiffs' copyright in the motion pictures and television programs listed on Exhibit A to the Amended Complaint, in the amount of $36,000.00 (thirty-six thousand dollars), which represents an award of $3,000 for each of twelve acts of infringement.

(2) Defendant Alberto Fernandez and his respective agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert with each or any of them, are enjoined pursuant to 17 U.S.C. § 502 from:

    (a) aiding, encouraging, enabling, inducing, causing, materially contributing to, or otherwise facilitating the unauthorized reproduction, downloading, uploading, and/or distribution of copies of Plaintiffs' copyrighted works, whether using Defendant's

       torrent site or tracker or by any other means; and

       (b) downloading, uploading, and/or otherwise reproducing or distributing Plaintiffs' copyrighted works, whether using the BitTorrent network or by any other means.

(3)    The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida this 25th day of April, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge